# CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Caridad Lopez**    JOINT DEBTOR: _____    CASE NO.: **11-12255-LMI**
Last Four Digits of SS# **0236**    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **36** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A.   $ **400.00**   for months **1** to **36** ;
   B.   $_____ for months \_\_\_ to \_\_\_ ;
   C.   $_____ for months \_\_\_ to \_\_\_ ; in order to pay the following creditors:

**($3,500 Attny Fee Safe Harbor; $600 Motion to Value)**
Administrative: Attorney's Fee - $ **4,100.00**   TOTAL PAID $ **1,000.00**
Balance Due $ **3,100.00** payable $ **310.00**/month (Months **1** to **10**)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____   Arrearage on Petition Date  $_____
Address: _____   Arrears Payment   $_____/month (Months \_\_\_ to \_\_\_)
_____    Regular Payment   $_____/month (Months \_\_\_ to \_\_\_)
Account No: _____

2. _____   Arrearage on Petition Date  $_____
Address: _____   Arrears Payment   $_____/month (Months \_\_\_ to \_\_\_)
_____    Regular Payment   $_____/month (Months \_\_\_ to \_\_\_)
Account No: _____

3. _____   Arrearage on Petition Date  $_____
Address: _____   Arrears Payment   $_____/month (Months \_\_\_ to \_\_\_)
_____    Regular Payment   $_____/month (Months \_\_\_ to \_\_\_)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Regions Bank | $ Homestead Property $105,700 | % | $ 0 | \_\_\_ To \_\_\_ | Debtor to strip unsecured mtg. |
|  | $ | % | $ | \_\_\_ To \_\_\_ |  |
|  | $ | % | $ | \_\_\_ To \_\_\_ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due $_____
                   Payable   $\_\_\_\_\_/month (Months\_\_\_ to \_\_) Regular Payment $_____
2. _____   Total Due $_____
                   Payable   $\_\_\_\_\_/month (Months\_\_\_ to \_\_) Regular Payment $_____

Unsecured Creditors: Pay $ **50.00** /month (Months **1** to **10** ). **Pay $360.00/month (Months 11 to 36).**
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor to pay Indymac mortgage outside this Ch 13 Plan. Debtor surrenders 2009 Honda Civic to Lessor, American Honda Finance.
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

\_\_\_**/s/ CM/ECF**_____   _____
Debtor/Aramis Hernandez, Esq.          Joint Debtor
Date: **2/28/2011**                     Date:_____

LF-31 (rev. 01/08/10)